```
                                    FILED
                         CLERK, U.S. DISTRICT COURT

                              FEB - 6 2009

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 94-41-JSL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| Jerome Fitzgerald Rowe, | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| Defendant. | ) | 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A. [X] The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _absence of background information regarding ties to community; defendants fugitive status; drug use, no bail resources, violation of probation_

and/or

B.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _defendant's criminal history and the nature of alleged violations_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/6/09

_[signature]_

UNITES STATES MAGISTRATE JUDGE

CARLA M. WOEHRLE